[No. 21099-5-III.  Division Three.  September 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 97-1-00132-8, Rebecca M. Baker, J., entered April 12, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 21248-3-III.  Division Three.  September 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MICHAEL MURCHIE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00667-2, Neal Q. Rielly, J., entered May 28, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 21596-2-III.  Division Three.  September 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL COMBS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01354-1, Tari S. Eitzen, J., entered November 18, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[Nos. 47279-8-I; 47778-1-I.  Division One.  September 15, 2003.]

*In the Matter of the Detention of* MITCHELL GAFF, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 94-2-07248-8, James H. Allendoerfer, J., entered August 18, 2000. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Agid and Schindler, JJ.